

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

TOMA Integrity, Inc., and John Dial, Appellants

No. 06-19-00005-CV     v.

Windermere Oaks Water Supply Corporation, Appellee

Appeal from the 33rd District Court of Burnet County, Texas (Tr. Ct. No. 47531). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, TOMA Integrity, Inc., and John Dial, pay all costs of this appeal.

RENDERED JUNE 21, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk